JOHN LUCKY and BOB RENEGAR v. STATE.

No. A-1085.   Opinion Filed January 23, 1912. .

Appeal from Carter County Court; M. F. Winfrey, Judge.

John Lucky and Bob Renegar were convicted of violating the prohibitory law, and appeal.   Affirmed.

I. R. Mason, for plaintiffs in error.

Smith C. Matson and E. G. Spilman, Asst. Attys. Gen., for the State.

PER CURIAM.   Plaintiffs in error were convicted at the January, 1911, term of the county court of Carter county on a charge of unlawfully keeping a place for the sale of intoxicating liquors, and were each sentenced to pay a fine of fifty dollars and be imprisoned in the county jail for a period of thirty days.   The appeal was properly perfected in this court on the 14th day of April, 1911.   Upon a careful examination of the record we find no errors prejudicial to the substantial rights of plaintiffs in error, and the judgment of the trial court is, therefore, affirmed.

---

HENRY HAMPTON v. STATE.

No. A-1086.   Opinion Filed January 23, 1912.

Appeal from Hughes County Court; P. W. Gardner, Judge.

Henry Hampton was convicted of violating the prohibitory law, and appeals.   Affirmed.

Crump, Skinner & Bailey, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM.   Plaintiff in error was convicted in the county court of Hughes county, at the January, 1911, term thereof, on a charge of selling intoxicating liquors, and his punishment fixed at a fine of one hundred dollars and confinement in the county jail for a period of one hundred days.   Upon a careful examination of the record we find no errors sufficient to justify a reversal of this cause.   The judgment of the trial court is affirmed.